UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL LEON POWELL,

      Plaintiff,

      Case No. 1:17-cv-82

v.

      HON. JANET T. NEFF

HEIDI WASHINGTON, et al.,

      Defendants.

_____/

## ORDER

This is a civil rights action brought by a state prisoner pursuant to 42 U.S.C. § 1983. Defendants Ball, Majercyzk, Thomas, Weaver, Bush, Rademacher, Shelton and Singletary filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on July 12, 2018, recommending that this Court deny the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 33) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 31) is DENIED.

Dated: August 7, 2018                     __/s/ Janet T. Neff_____
                                        JANET T. NEFF
                                        United States District Judge